IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| BUFFALO PATENTS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ZTE CORPORATION,<br><br>    Defendant. | CIVIL ACTION NO. 6:21-cv-1065-ADA<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF ATTORNEY APPEARANCE

Notice is hereby given that the undersigned attorney, Matthew J. Antonelli, enters his appearance in this matter as counsel for Plaintiff, Buffalo Patents, LLC for the purpose of receiving notices and orders from the Court.


Dated: October 18, 2021         Respectfully submitted,

                                */s/ Matthew J. Antonelli*
                                Matthew J. Antonelli
                                Texas Bar No. 24068432
                                matt@ahtlawfirm.com
                                ANTONELLI, HARRINGTON
                                & THOMPSON LLP
                                4306 Yoakum Blvd., Ste. 450
                                Houston, TX 77006
                                (713) 581-3000

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of October 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Matthew J. Antonelli*
Matthew J. Antonelli
