**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| BUFFALO PATENTS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ZTE CORPORATION,<br><br>    Defendant. | CIVIL ACTION NO. 6:21-cv-1065<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF BUFFALO PATENTS, LLC'S NOTICE OF RELATED CASES**

The following cases filed in this Court involve the same plaintiff and the same asserted patents:

- 6:21-cv-1061
- 6:21-cv-1062
- 6:21-cv-1063
- 6:21-cv-1064

Dated: October 19, 2021

Respectfully submitted,

*/s/ Zachariah S. Harrington*
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Christopher Ryan Pinckney
Texas Bar No. 24067819
ryan@ahtlawfirm.com
Rehan M. Safiullah
Texas Bar No. 24066017
rehan@ahtlawfirm.com

ANTONELLI, HARRINGTON

        & THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

*Attorneys for Buffalo Patents, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of October 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Zachariah S. Harrington*
Zachariah S. Harrington