AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**BUFFALO PATENTS, LLC,**
*Plaintiff*

V.   Civil Action No. **6:21–CV–01065–ADA**

**ZTE CORPORATION,**
*Defendant*

### SUMMONS IN A CIVIL ACTION

TO:  ZTE Corporation
 SERVE: Texas Secretary of State
 1019 Brazos Street
 Austin, Texas 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

**Matthew Antonelli**  **Larry D. Thompson**
Antonelli, Harrington & Thompson LLP  Antonelli, Harrington & Thompson LLP
4306 Yoakum Blvd., Suite 450  4306 Yoakum Blvd., Suite 450
Houston, TX 77006  Houston, TX 77006

**Zachariah Harrington**
Antonelli, Harrington & Thompson LLP
4306 Yoakum Blvd., Suite 450
Houston, TX 77006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JEANNETTE J. CLACK**
CLERK OF COURT

**s/JENNIFER CLARK**
DEPUTY CLERK



**ISSUED ON 2021–10–14 11:48:32**

Civil Action No. 6:21-CV-01065-ADA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ZTE CORPORATION, SERVE: Texas Secretary of State was received by me on *(date)* Oct 15, 2021, 11:15 am.

- [ ] I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

- [X] I served the summons on *(name of individual)* Michelle Robinson, who is designated by law to accept service of process on behalf of *(name of organization)* ZTE CORPORATION, SERVE: Texas Secretary of State on *(date)* Fri, Oct 15, 2021 ; or

- [ ] I returned the summons unexecuted because: _____ ; or

- [ ] Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: October 19, 2021

*Server's signature*

Kevin Blandford

*Printed name and title*

P.O. BOX 937, Austin, TX 78767

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Oct 15, 2021, 4:38 pm CDT at 1019 Brazos St, Austin, TX 78701 received by Michelle Robinson. Age: 50; Ethnicity: Caucasian; Gender: Female; Weight: 170 lbs.; Height: 5'7"; Hair: Blond; Relationship: Authorized agent;

DOCUMENT SERVED: SUMMONS IN CIVIL ACTION; JURY TRIAL DEMAND