# The State of Texas

Service of Process
P.O. Box 12079
Austin, Texas 78711-2079



Phone: 512-463-5560
Fax: 512-463-0873
Dial 7-1-1 For Relay Services
www.sos.texas.gov

## Secretary of State

February 22, 2022

Zachariah S. Harrington
Antonelli, Harrington & Thompson LLP
4306 Yoakum Blvd., Ste 450
Houston, TX 77006

**2022-333022**

**Include reference number in all correspondence**

RE:   Buffalo Patents, LLC vs ZTE Corporation
United States District Court Western District of Texas, Waco Division
Cause No. 621CV01065ADA

Dear Sir/Madam

Please find enclosed your Certificate(s) of Service for the case styled above.

If this office may be of further assistance to you, please do not hesitate to contact us.

Sincerely,

Service of Process
Government Filings
512-463-1662



# The State of Texas
## Secretary of State

2022-333022-1

I, the undersigned, as Secretary of State of the State of Texas, DO HEREBY CERTIFY that according to the records of this office, a copy of the Summons in a Civil Action; Original Complaint for Patent Infringement in the cause styled:

Buffalo Patents, LLC vs ZTE Corporation
United States District Court Western District of Texas, Waco Division
Cause No: 621CV01065ADA

was received by this office on October 15, 2021, and that a copy was forwarded on October 22, 2021, by REGISTERED MAIL, return receipt requested to:

ZTE Corporation
ZTE Plaza, Keji Road South
Hi-Tech Industrial Park, Nanshan District
Shenzhen, Guangdong Province 518057, Peoples Republic Of China

As of this date, no response has been received in this office.

Date issued: February 22, 2022

John B. Scott
Secretary of State
GF/mr