IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| BUFFALO PATENTS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ZTE CORPORATION,<br><br>    Defendant. | CIVIL ACTION NO. 6:21-CV-1065-ADA<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S OPPOSED MOTION FOR LEAVE TO FILE A SUR-REPLY TO ZTE CORPORATION'S MOTION TO DISMISS FOR IMPROPER SERVICE AND LACK OF PERSONAL JURISDICTION**

Pursuant to Local Rule CV-7(B), Plaintiff Buffalo Patents, LLC respectfully requests leave to file a six-page Sur-Reply to Defendant ZTE Corporation's Motion To Dismiss For Improper Service and Lack of Personal Jurisdiction (Dkt. 14). ZTE's Reply (Dkt. 16) makes two new arguments. First, ZTE argues that this Court's *ACQIS* decision already addressed every argument made in Buffalo's opposition. Reply at 1-3 (citing *ACQIS LLC v. Lenovo Group, Ltd.*, No. W-20-CV-00967-ADA, 2021 WL 5332314 (W.D. Tex. Nov. 16, 2021)). Second, ZTE argues that Buffalo's request for leave to effect alternative service should be denied. Reply at 3-6. A sur-reply is necessary to respond to these arguments.

Pursuant to Local Rule CV-7(B), Buffalo files its proposed Sur-Reply as Exhibit A to this motion for leave. A proposed order is attached.

Counsel for Buffalo has conferred with counsel for ZTE, and ZTE is opposed to the relief sought in this motion.

1

Dated: March 25, 2022                                Respectfully submitted,

                                                     /s/ Larry D. Thompson, Jr.
                                                     Matthew J. Antonelli
                                                     Texas Bar No. 24068432
                                                     matt@ahtlawfirm.com
                                                     Zachariah S. Harrington
                                                     Texas Bar No. 24057886
                                                     zac@ahtlawfirm.com
                                                     Larry D. Thompson, Jr.
                                                     Texas Bar No. 24051428
                                                     larry@ahtlawfirm.com
                                                     Christopher Ryan Pinckney
                                                     Texas Bar No. 24067819
                                                     ryan@ahtlawfirm.com
                                                     Rehan M. Safiullah
                                                     Texas Bar No. 24066017
                                                     rehan@ahtlawfirm.com

                                                     ANTONELLI, HARRINGTON
                                                     & THOMPSON LLP
                                                     4306 Yoakum Blvd., Ste. 450
                                                     Houston, TX 77006
                                                     (713) 581-3000

                                                     *Attorneys for Buffalo Patents, LLC*