IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| BUFFALO PATENTS LLC,<br><br>Plaintiff,<br><br>v.<br><br>ZTE CORPORATION,<br><br>Defendant. | CIVIL ACTION NO. 6:21-CV-1065-ADA<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY**

After having considered Plaintiff's Opposed Motion for Leave to File a Sur-Reply to ZTE Corporation's Motion to Dismiss For Improper Service and Lack of Personal Jurisdiction (Dkt. 14), the Court hereby **ORDERS** that such motion be, and hereby is, **GRANTED**.

**SIGNED** this ___ day of _____, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE