# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| BUFFALO PATENTS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ONEPLUS TECHNOLOGY (SHENZEN) CO., LTD.,<br><br>    Defendant. | CIVIL ACTION NO. 6:21-cv-1063-ADA<br><br>**JURY TRIAL DEMANDED** |
| BUFFALO PATENTS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>TCL TECHNOLOGY GROUP CORPORATION et al.,<br><br>    Defendants. | CIVIL ACTION NO. 6:21-cv-1064-ADA<br><br>**JURY TRIAL DEMANDED** |
| BUFFALO PATENTS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ZTE CORP.,<br><br>    Defendant. | CIVIL ACTION NO. 6:21-cv-1065-ADA<br><br>**JURY TRIAL DEMANDED** |

## SCHEDULING ORDER[1]

| Deadline | Item |
| --- | --- |
| Monday, April 18, 2022 | Plaintiff served preliminary[2] infringement contentions in the form of a chart setting forth where in the accused product(s) each element of the asserted claim(s) are found. Plaintiff shall also identify the earliest priority date (*i.e.* the earliest date of invention) for each asserted claim and produce: (1) all documents evidencing conception and reduction to practice for each claimed invention, and (2) a copy of the file history for each patent in suit. |
| Monday, May 10, 2022 | Case Readiness Status Report Filed |
| Tuesday, May 10, 2022 | The Parties shall file a motion to enter an agreed Scheduling Order. If the parties cannot agree, the parties shall submit a separate Joint Motion for entry of Scheduling Order briefly setting forth their respective positions on items where they cannot agree. Absent agreement of the parties, the Plaintiff shall be responsible for the timely submission of this and other Joint filings. |
| Monday, May 16, 2022 | Deadline to file a motion for inter-district transfer. After this deadline, movants must seek leave of Court and show good cause for the delay. |

---

[1] This projected scheduling order presumes a CMC on May 27, 2022.

[2] The parties may amend preliminary infringement contentions and preliminary invalidity contentions without leave of court so long as counsel certifies that it undertook reasonable efforts to prepare its preliminary contentions and the amendment is based on material identified after those preliminary contentions were served and should do so seasonably upon identifying any such material. Any amendment to add patent claims requires leave of court so that the Court can address any scheduling issues.

| | |
|---|---|
| Friday, August 26, 2022 | Defendant serves preliminary invalidity contentions in the form of (1) a chart setting forth where in the prior art references each element of the asserted claim(s) are found, (2) an identification of any limitations the Defendant contends are indefinite or lack written description under section 112, and (3) an identification of any claims the Defendant contends are directed to ineligible subject matter under section 101. Defendant shall also produce (1) all prior art referenced in the invalidity contentions, and (2) technical documents, including software where applicable, sufficient to show the operation of the accused product(s). |
| Friday, September 9, 2022 | Parties exchange claim terms for construction. |
| Friday, September 23, 2022 | Parties exchange proposed claim constructions. |
| Friday, September 30, 2022 | Parties disclose extrinsic evidence. The parties shall disclose any extrinsic evidence, including the identity of any expert witness they may rely upon with respect to claim construction or indefiniteness. With respect to any expert identified, the parties shall identify the scope of the topics for the witness's expected testimony.[3] With respect to items of extrinsic evidence, the parties shall identify each such item by production number or produce a copy of any such item if not previously produced. |
| Friday, October 7, 2022 | Deadline to meet and confer to narrow terms in dispute and exchange revised list of terms/constructions. |
| Friday, October 14, 2022 | Defendant files Opening claim construction brief, including any arguments that any claim terms are indefinite. |
| Friday, November 4, 2022 | Plaintiff files Responsive claim construction brief. |
| Friday, November 18, 2022 | Defendant files Reply claim construction brief. |
| Friday, Tuesday, November 22, 2022 | Parties to jointly email the law clerks (*see* OGP at 1) to confirm their *Markman* date and to notify if any venue or jurisdictional motions remain unripe for resolution. |
| Friday, December 2, 2022 | Plaintiff files a Sur-Reply claim construction brief. |

---

[3] Any party may utilize a rebuttal expert in response to a brief where expert testimony is relied upon by the other party.

| | |
|---|---|
| Monday, December 5, 2022 | Parties submit Joint Claim Construction Statement and email the law clerks an editable copy.<br><br>*See* General Issues Note #7 regarding providing copies of the briefing to the Court and the technical advisor (if appointed). |
| Friday, December 9, 2022 | Parties submit optional technical tutorials to the Court and technical advisor (if appointed). |
| Friday, December 16, 2022 (or as soon as practicable)[4] | *Markman* Hearing at 9:00 a.m. This date is a placeholder and the Court may adjust this date as the *Markman* hearing approaches. |
| Monday, December 19, 2022 | Fact Discovery opens; deadline to serve Initial Disclosures per Rule 26(a). |
| Friday, January 27, 2023 | Deadline to add parties. |
| Friday, February 10, 2023 | Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to infringement or invalidity contentions. This deadline does not relieve the parties of their obligation to seasonably amend if new information is identified after initial contentions. |
| Friday, April 7, 2023 | Deadline to amend pleadings. A motion is not required unless the amendment adds patents or patent claims. (Note: This includes amendments in response to a 12(c) motion.) |
| Friday, June 16, 2023 | Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court's law clerk to arrange a teleconference with the Court to resolve the disputed issues. |
| Friday, July 14, 2023 | Close of Fact Discovery. |
| Friday, July 21, 2023 | Opening Expert Reports. |

---

[4] All deadlines hereafter follow the original *Markman* hearing date and do not change if the Court delays the *Markman* hearing.

| | |
|---|---|
| Friday, August 25, 2023 | Rebuttal Expert Reports. |
| Friday, September 8, 2023 | Close of Expert Discovery. |
| Friday, September 15, 2023 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. If it helps the parties determine these limits, the parties are encouraged to contact the Court's law clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| Friday, September 22, 2023 | Dispositive motion deadline and *Daubert* motion deadline.<br><br>See General Issues Note #7 regarding providing copies of the briefing to the Court and the technical advisor (if appointed). |
| Friday, October 6, 2023 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations). |
| Friday, October 20, 2023 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| Friday, October 27, 2023 | Serve objections to rebuttal disclosures; file Motions *in limine.* |
| Friday, November 3, 2023 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine* |
| Friday, November 10, 2023 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and email the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com<br><br>Deadline to meet and confer regarding remaining objections and disputes on motions *in limine.* |
| Friday, October 20, 2023 | Parties to jointly email the Court's law clerk (*See* OGP at 1) to confirm their pretrial conference and trial dates. |
| Monday, November 20, 2023 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine.* |

5

| | |
|---|---|
| Wednesday, November 29, 2023 (or as soon as practicable) | Final Pretrial Conference. Held in person unless otherwise requested. |
| Friday, December 15, 2023 (or as soon as practicable)[5] | Jury Selection/Trial. |

---

[5] If the actual trial date materially differs from the Court's default schedule, the Court will consider reasonable amendments to the case schedule post-*Markman* that are consistent with the Court's default deadlines in light of the actual trial date.