# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| BUFFALO PATENTS, LLC | § § | |
| vs. | § § | NO:  WA:21-CV-01065-ADA |
| ZTE CORPORATION | § § | |

## ORDER SETTING MOTIONS HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for MOTIONS HEARING by Zoom on May 17, 2022 at 02:00 PM.

IT IS SO ORDERED this 12th day of May, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE