UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| BUFFALO PATENTS, LLC | § § | |
| vs. | § § | NO: WA:21-CV-01065-ADA |
| ZTE CORPORATION | § | |

### ORDER RESETTING MOTIONS HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is reset for MOTIONS HEARING by Zoom on May 17, 2022 at 01:30 PM .

IT IS SO ORDERED this 16th day of May, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE