# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| BUFFALO PATENTS, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ZTE CORPORATION,<br><br>　　　　Defendant. | CIVIL ACTION NO. 6:21-CV-1065-ADA |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Buffalo Patents, LLC hereby appeals to the United States Court of Appeals for the Federal Circuit from the Order Granting Defendant's Motion to Dismiss for Improper Service and Lack of Personal Jurisdiction and Denying Plaintiff's Motion for Alternative Service that was entered in this action on June 3, 2022 (Dkt. 30).

Dated: June 30, 2022

Respectfully submitted,

/s/ *Larry D. Thompson, Jr.*
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Christopher Ryan Pinckney
Texas Bar No. 24067819
ryan@ahtlawfirm.com
Rehan M. Safiullah
Texas Bar No. 24066017
rehan@ahtlawfirm.com

ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

*Attorneys for Buffalo Patents, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of June, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Larry D. Thompson, Jr.*
Larry D. Thompson, Jr.