NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**BUFFALO PATENTS, LLC,**
*Plaintiff-Appellant*

v.

**ZTE CORPORATION,**
*Defendant-Appellee*

2022-2132

Appeal from the United States District Court for the Western District of Texas in No. 6:21-cv-01065-ADA, Judge Alan D. Albright.

**ON MOTION**

**O R D E R**

Upon consideration of the parties' joint motion to dismiss this appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

For the Court

October 13, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

ISSUED AS A MANDATE October 13, 2022

m2